R. D. LOCKE, *et al.*, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA.

170 So. 439.
Opinion Filed October 31, 1936.

*S. S. Sandford* and *A. C. Brooks,* for Appellants;
*J. B. Norman,* for Appellee.

PER CURIAM.—This appeal is from a final decree for plaintiff in a suit to reform a deed of conveyance of real estate for incidental relief, on the ground of mutual mistake in the execution of the conveyance. A careful consideration of the record and the detailed findings contained in the decree, discloses no material error of law or of procedure and a lengthy discussion of the pleadings and evidence will serve no useful purpose.

The decree is affirmed.

WHITFIELD, C. J., and ELLIS, TERRELL, BROWN, BUFORD and DAVIS, J. J., concur.